UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Windsor Black, Inc.,

                Plaintiff(s),                  07 Civ. 7337 (KMK) (MDF)

-against-

                                      ORDER OF REFERENCE
Keith Phillips,                                  TO A MAGISTRATE JUDGE

                Defendant(s).

----------------------------------------X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| √ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| | ___ Habeas Corpus |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 31, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____